LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 14-06871 BRO (FFMx)** | Date | September 12, 2014 |
|---|---|---|---|
| Title | **CALIBRE INTERNATIONAL, LLC V. PRO STAR PROMOTIONS, INC. ET AL** | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

A federal court must determine its own jurisdiction even if there is no objection. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339, 342 (9th Cir. 1996). Because federal courts are of limited jurisdiction, they possess original jurisdiction only as authorized by the Constitution and federal statute. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Original jurisdiction may be established pursuant to 28 U.S.C. § 1332(a)(1). Under the complete diversity rule, a plaintiff must meet the diversity statute's requirements with respect to each defendant. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989) (citing *Strawbridge v. Curtiss*, 3 Cranch 267 (1806)). A corporation is deemed a citizen of any state in which it is incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(1).

Plaintiff's Complaint does not allege Defendant Pro Star Promotioorns, Inc.'s ("Defendant") principal place of business. (Dkt. No. 1.) The Court issued an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction on September 8, 2014. (Dkt. No. 7.) Plaintiff's response still does not indicate Defendant's principal place of business. (Dkt. No. 8.) The Court therefore **ORDERS** Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff must respond by September 22, 2014. **Failure to adequately state Defendant Pro Star's principal place of business will result in dismissal for lack of subject matter jurisdiction.**

**IT IS SO ORDERED.**

:

Initials of Preparer        rf

---

**LINK:**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-06871 BRO (FFMx) | Date | September 12, 2014 |
|---|---|---|---|
| Title | CALIBRE INTERNATIONAL, LLC V. PRO STAR PROMOTIONS, INC. ET AL | | |