Andrew Ross, State Bar No. 205843
andrew.ross@varnerbrandt.com
**VARNER & BRANDT LLP**
3750 University Avenue, Suite 610
Riverside, California 92501
Telephone: (951) 274-7777
Facsimile: (951) 274-7770

Attorneys for Plaintiff,
CALIBRE INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CALIBRE INTERNATIONAL, LLC, a California limited liability company, | **CASE NO. CV-14-06871 BRO (FFMx)** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PRO STAR PROMOTIONS, INC., an Illinois corporation; DONALD A. STEINBERG, an individual; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to the Parties' Settlement Agreement and Stipulation for Judgment dated September 24, 2014, the terms and conditions of the Settlement Agreement between the parties dated September 30, 2014, and the Declarations of Scott Heil and Mel M. Liu, IT IS HEREBY ADJUDGED AND ORDERED THAT:

(1) JUDGMENT is entered against Defendants PRO STAR PROMOTIONS, INC. and DONALD A. STEINBERG ("Defendants") for breach of the terms of the Settlement Agreement

1

between the parties.  On this claim, Plaintiff CALIBRE INTERNATIONAL, LLC shall recover from Defendants jointly and severally in the amount of Ninety-Seven Thousand One Hundred Sixty-Five and 15/100 Dollars ($97,165.15) plus interest in the amount of $5,721.06, as of May 2, 2016.  Further interest shall accrue daily at the rate of $26.62 per day until the JUDGMENT is satisfied.

(2) Plaintiff shall further recover from Defendants jointly and severally attorney's fees and costs in the amount of Twelve Hundred Dollars ($1,200).

DATED:  May 5, 2016          By: _____
                                  United States District Judge